IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SALIM HAJIANI, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Case No. CV418-207 |
| ASSOCIATION OF CERTIFIED FRAUD EXAMINERS, INC. and JAMES D. RATLEY, | ) ) ) ) |
| Defendants | ) |

## ORDER

The above captioned case filed in the Savannah Division of this Court having been previously assigned to the undersigned.

It is hereby ORDERED that this case be reassigned to the Honorable R. Stan Baker for further plenary disposition.

SO ORDERED, this 6th day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA